Jaime Langton, OSB No. 096839
E-mail: Jaime@FourCornersLaw.com
Direct Dial: 503-446-3802
FOUR CORNERS IMMIGRATION LAW
2705 E Burnside St, Ste 108
Portland, OR 97214
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| RAWA MOHAMMED | ) | Case No. 3:23-cv-1244 |
| | ) | |
| V. | ) | |
| | ) | MOTION AND ORDER TO DISMISS |
| U.S. CITIZENSHIP AND IMMIGRATION | ) | CLAIMS UNDER 8 USC 1447(b) AND |
| | ) | PETITION FOR WRIT OF MANDAMUS |
| SERVICES, et al | ) | |

PLAINTIFF'S MOTION TO DISMISS

**To the Honorable Judge of this Court:**

Comes now, Rawa Mohammed, Plaintiff in the above numbered case to show the

following:

1. This action, which was brought under 8 USC 1447(b) to petition the Court to assume

jurisdiction over Plaintiff's N-400, Application for Naturalization, and adjudicate the application or

Order the government to adjudicate Plaintiff's N-400 application should be dismissed;

2. Plaintiff's request that the Court issue a Writ of Mandamus compelling Defendants to

complete all required investigations and adjudicate Plaintiff's N-400, Application for

Naturalization, within a reasonable time should be dismissed.

///

PLAINTIFF'S MOTION AND ORDER TO DISMISS - 1

**MOTION TO DISMISS**

3. Plaintiff, Rawa Mohammed, moves to dismiss the Complaint filed in the above-captioned action. After filing the Complaint requesting adjudication of the N-400, U.S. Citizenship and Immigration Services (USCIS), approved Plaintiff's N-400 and Plaintiff has been sworn in as a U.S. citizen.

4. In light of the action taken by USCIS, there is no longer a valid cause of action under 8 USC 1447(b) or the Administrative Procedure Act (APA). Plaintiff filed three claims for relief, two under 8 USC 1447(b) and one for a Writ of Mandamus. All three should be dismissed as moot.

DATED this 21st day of February, 2024.

By: /s/ Jaime Langton
Jaime Langton
FOUR CORNERS IMMIGRATION LAW
2705 E Burnside St, Ste 108
Portland, OR 97214
E-mail: Jaime@FourCornersLaw.com
Telephone: (503) 446-3396

IT IS SO ORDERED.

Date: 13 March 2024

United States District Court Judge

PLAINTIFF'S MOTION AND ORDER TO DISMISS - 2